IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TAWANA B. BROOKS, )
Executor of the Estate of )
Betty Purser Brooks, )
 )
          Plaintiff, )
 )
  v. ) 1:17CV367
 )
SSC CONCORD OPERATING COMPANY, )
LLC d/b/a BRIAN CENTER )
HEALTH & RETIREMENT/CABARRUS, )
 )
          Defendant. )

**ORDER**

This matter comes before this court upon Defendant's Motion for Continuance (Doc. 43), of the trial of this matter, currently set for the July 8, 2019 term of court. Having considered the motion, with Plaintiff's consent, and for good cause shown,

**IT IS ORDERED** that Defendant's motion to continue (Doc. 43) is **GRANTED**, that the trial of this matter shall be removed from the July 9, 2019 trial calendar, and that the trial is continued to the October 7, 2019 trial calendar.

This the 20th day of April, 2018.

                                        /s/ William L. Osteen, Jr.
                                 United States District Judge